1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AISHA PANKEY,                           )
                                        )        Case No.: 2:11-cv-00408-GMN-LRL
                 Plaintiff,             )
        vs.                             )        **ORDER**
                                        )
 CASUAL LABOR,                          )
                                        )
                                        )
                 Defendants.            )
_____ )

　　　　Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 4) of the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered June 20, 2011.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leavitt's Recommendation should be **ACCEPTED**.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (ECF No. 1) be **DISMISSED with prejudice**, for failure to file an amended Complaint or any other paper.

　　　　DATED this 12th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge